THOMAS F. STARK, Appellant, *v.* ASA T. SOULE, Respondent.

(Argued February 26, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made November 18, 1889, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*A. J. Abbott* for appellant.

*J. Welling & William F. Cogswell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____